# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

February 24, 2023

**VIA ECF**
Magistrate Judge Barbara Moses
Southern District of New York
500 Pearl Avenue
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/24/2023

Re: **Janine Henriquez v. The Salvation Army**
    **22-CV-10226-JPC-BCM**

Dear Judge Moses:

We represent the Plaintiff Janine Henriquez and write jointly with defense counsel to request an adjournment of the Initial Conference scheduled for March 14, 2023.

The basis for this request is that this case has just been referred to mediation through the Court's Mediation Office and while the parties expect to expeditiously select a date for Mediation, it is unlikely that it will take place before March 14, 2023. The parties, therefore, respectfully request that the Initial Conference be held in abeyance. If the Mediation is not successful and settlement negotiations are not on-going, the parties will notify the Court within 48 hours and request that an Initial Conference be scheduled.

This is the parties first request to adjourn the initial conference.

Respectfully submitted,

DAVIDA S. PERRY

DSP/arp
cc: Counsel for Defendant The Salvation Army – via ECF

---

Application GRANTED. The initial case management conference previously scheduled for March 14, 2023, at 11:00 a.m., is hereby ADJOURNED sine die. As soon as practicable, but no later than **April 3, 2023**, the parties shall file a joint status update notifying the Court whether the parties have settled. SO ORDERED.

Barbara Moses
United States Magistrate Judge
February 24, 2023