**FRENCH & CASEY, LLP**
COUNSELORS AT LAW
29 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10006
Office: (212) 797-3544
Facsimile: (212) 797-3545
www.frenchcasey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/04/2023

April 3, 2023

**Via ECF**
Magistrate Judge Barbara Moses
Southern District of New York
500 Pearl Avenue
New York, NY 10007

**MEMO ENDORSED**

      Re:    Janine Henriquez v. The Salvation Army,
                Index No.: 22-cv-10226 (JPC)
                <u>File No.: 7300-1043</u>

Dear Judge Moses:

      We represent defendant, The Salvation Army, and write jointly with the plaintiff's counsel to request an adjournment of the Initial Conference scheduled for May 2, 2023.

      The basis for this request is that counsel have checked their respective schedules and have conflicts. The undersigned is out of the country on May 2, 2023, returning on May 7, 2023. Plaintiff's counsel commences a trial on May 8, 2023. The parties, therefore, respectfully request that the Initial Conference be adjourned to a later date. Parties are available on May 31, 2023, June 1, 2023, and June 2, 2023, if any of those dates are convenient for the Court.

      This is the second request for an adjournment of the Initial Conference. The first request was made because the case was referred to mediation through the Court's Mediation Office. This request does not affect any other scheduled dates.

      We thank the Court for its time and consideration.

Respectfully Submitted,
FRENCH & CASEY, LLP

*/s/ Elizabeth Kimundi*

Elizabeth K. Kimundi

Application GRANTED. The Initial Case Management Conference is now scheduled for **May 31, 2023, at 10:00 a.m.** The parties shall file their Pre-Conference Statement no later than **May 24, 2023**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
April 4, 2023