USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANINE HENRIQUEZ,

        Plaintiff,

-against-

THE SALVATION ARMY,

        Defendant.

22-CV-10226 (JPC) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter application, dated October 20, 2023 (Dkt. 28), seeking an order compelling defendant to produce its investigation records concerning plaintiff's sex discrimination complaint. Defendant's response shall be filed no later than **October 25, 2023**, and any reply letter shall be filed no later than **October 27, 2023**. *See* Moses Ind. Prac. § 2(e). Defendant shall produce, with its opposition letter, a privilege log, in compliance with Local Civ. R. 26.2, concerning the investigatory materials to which it claims any privilege.

    The Court will conduct a discovery conference concerning the dispute on **November 7, 2023, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York.

    The parties are reminded that it is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

Dated: New York, New York
       October 23, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**