```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANINE HENRIQUEZ,

        Plaintiff,

-against-

THE SALVATION ARMY,

        Defendant.

22-CV-10226 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For reasons discussed on the record during today's discovery conference, plaintiff's letter-motion dated October 20, 2023 (Dkt. 28), seeking an order compelling defendant to produce "documents related to [defendant's] investigation into [plaintiff's] complaint of sex discrimination," is GRANTED, and defendant's cross-motion dated October 25, 2023 (Dkt. 30), requesting that the Court review its "investigation report" *in camera*, is DENIED.

    It is hereby ORDERED that defendants shall promptly produce: (i) the investigation report; (ii) the two related documents described by defendant's counsel during the conference, including a follow-on email and a timeline of the investigation; (iii) any underlying interview records. Defendant may designate the documents "Confidential" pursuant to the parties' Stipulated Protective Order. (Dkt. 26.)

    The Clerk of Court is respectfully directed to close the motions at Dkts. 28 and 30.

Dated: New York, New York
       November 7, 2023

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**