USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANINE HENRIQUEZ,<br><br>    Plaintiff,<br><br>-against-<br><br>THE SALVATION ARMY,<br><br>    Defendant. | 22-CV-10226 (JPC) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  Defendant's motion for leave to have its risk manager and adjuster appear remotely (Dkt. 39) is GRANTED to the extent that the settlement conference previously scheduled for April 4, 2024 (*see* Dkt. 40), will now be held via Microsoft Teams. **All attendees shall participate remotely.** The Court will send a videoconference link to the parties via email.

  The parties' confidential *ex parte* settlement letters (*see* Dkt. 40 ¶ 3) must be submitted to chambers, via email, no later than **April 1, 2024**. The parties are reminded that their letters must contain a brief description of settlement negotiations to date, including the date and time of the parties' last good-faith settlement discussion and the terms of each party's most recent demand or offer.

Dated: New York, New York
   March 22, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**