

**HAWORTH**
BARBER & GERSTMAN, LLC

777 Third Ave,

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2024

March 25, 2024

**VIA ECF**
Magistrate Judge Barbara Moses
Southern District of New York
500 Pearl Avenue
New York, NY 10007

Re:    *Henriquez v. The Salvation Army*
       Civil Action No.: 1:22-cv-10226-JPC-BCM
       Our File No.: 993-2302

> Application GRANTED. As represented in the Court's March 7, 2024 email, the start of the summary judgment briefing schedule shall be adjourned until one week after the settlement conference. Defendant shall file its moving papers no later than **April 11, 2024**. Plaintiff shall file her opposition papers no later than **May 2, 2024**. Defendant shall file any reply papers no later than **May 16, 2024**. SO ORDERED.
>
> *Barbara Moses*
> Barbara Moses
> United States Magistrate Judge
> March 26, 2024

Dear Judge Moses:

    We represent defendant, the Salvation Army, in the above-referenced matter. We write in reference to the March 22, 2024, Summary Judgment Scheduling Order (DKT. # 41). Per the Order, summary judgment papers are due by April 8, 2024, opposition by April 29, 2024, and reply by May 13, 2024. However, prior to the March 22, 2024 Order, parties had received email correspondence from chambers on March 7, 2024, apprising parties that the Court was "amenable to adjourning the start of the summary judgment briefing schedule until one week after the settlement conference." The settlement conference is scheduled for April 4, 2024. At the moment, the parties are focused on the settlement and potential resolution of this matter and relying upon the Court's March 7, 2024 email, have held off on briefing the summary judgment motions.

    We respectfully request that, as conveyed in the Court's March 7, 2024 email, in the event this case is not resolved at the upcoming April 4, 2024 settlement conference, a summary judgment briefing schedule be issued then.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*Elizabeth Kimundi*

Elizabeth K. Kimundi
Haworth Barber & Gerstman, LLC

CC:    All parties via ECF

*New Jersey Office* 505 Main Street, Suite 212, Hackensack, NJ 07601 Tel: 201.831.1400 Fax: 201.831.1401